**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

    - v -                        :       NOTICE OF INTENT TO
                                        FILE AN INFORMATION
JOHN DOE,                       :

        Defendant.         :

- - - - - - - - - - - - - - - x

**10 CRIM 399**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           December 14, 2009

                        PREET BHARARA
                        United States Attorney

        By:   */s/ Reed M. Brodsky*
              Reed M. Brodsky
              Assistant United States Attorney

AGREED AND CONSENTED TO:

        By:   */s/ Larry Krantz*
              Larry Krantz, Esq.
              Attorney for John Doe

12/15/09 WHEEL A Swain