ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v -

THOMAS HARDIN,

          Defendant.

- - - - - - - - - - - - - - - - x

**10 CRIM 399**

WAIVER OF INDICTMENT

09 Cr. __ (LTS)

The above-named defendant, who is accused of one count of violating Title 18, United States Code, Section 371, and one count of violating Title 15, United States Code, Sections 78j(b) and 78ff, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant Thomas Hardin

_____
Counsel for Thomas Hardin

_____
Witness

JUDGE SWAIN

Date:   New York, New York
        December 21, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/09