# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Wendy Gerstmann Powell
*Special Counsel*

Kimberly A. Yuhas

David V. Kirby
Aaron Twersky
*Of Counsel*

Writer's E-mail
kyuhas@krantzberman.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 23 2014

June 20, 2014

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, 8th Floor Mailroom
New York, New York 10007

MEMO ENDORSED

Re: *U.S. v. Thomas Hardin,* 10 Cr. 399 (LTS)

Dear Judge Swain:

We represent defendant Thomas Hardin in the above matter.

Sentencing is currently scheduled for July 18, 2014. With the consent of the government, we respectfully request that sentencing be adjourned to October 2014, on a date that is convenient to the Court.

Thank you in advance for your courtesy.

Respectfully submitted,

Kimberly A. Yuhas

The sentencing is adjourned to October 23, 2014, at 4:30 pm.

cc: Eugene Ingoglia, AUSA (By E-mail)

SO ORDERED:

6/23/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE