# SENTENCING MEMORANDUM

*United States v. Thomas Hardin*

10-CR-339 (LTS)



Alvin W. Hardin
███████████████ Lawrenceville, GA 30046
Cell:(███████████  ████████████████

Date: March 04, 2013


Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Thomas Hardin 10-CR-399 (LTS)</u>

Dear Judge Swain:

 My name is Alvin Hardin and I am 29 years old. I work as a Legal Coordinator for a company called MedLien Funding in Atlanta, GA. I am earned my paralegal certification through the University of Georgia. I have also served active duty in the United States Marine Corps. I am married to Haley Enix Hardin and we have two children together. I have two older brothers Thomas Hardin and Jim Hardin. I am the youngest of the three boys. It is with great sadness that I have to write you this letter to you.

 Thomas is an awesome brother, husband, father, son, brother in law, and most importantly to me, my best friend. He was always there for me as far as back as I can remember. Thomas is six years older than me but he was still my world when I was young. My brother has taken excellent care of my nieces, M███ and C███ Tom is also an excellent cook and lives a very healthy lifestyle.

 Tom and his wife are extremely active in their church. They attend a Roman Catholic Church in New Jersey. My brother is involved in many different church retreats. Tom helped deliver over 50 meals during the holidays to families that were in dyer need in his community. My brother's commitment to his church and the way that he contributes to the community is the sole reason why we wanted Tom and his wife to be the godparents of our son, Carter Hardin.

  Our grandfather is a survivor of the Bataan Death March. This death march took place in the Philippines during World War II. Every year a marathon/walk is held in their honor and it takes place in New Mexico. This will be Tom's second year to go and participate in the marathon.

  Tom's father in law passed away three years ago from cancer. Tom has helped raise thousands of dollars for the Leukemia and Lymphoma society. Tom has also participated and helped organize charities for the organization.

1

Tom has accomplished a lot if with his life. However, he has also made some poor life changing choices. Tom has admitted his faults and has taken responsibility for his actions. I would not be where I am today if it wasn't for my brother. I was the black sheep of the family and the one who caused the most trouble for my parents. However, when Tom showed up, he would always give me excellent advice and steer me in the right direction. My brother is a good man and he has learned from this terrible mistake that he has made. He will not make the same decision twice.

In conclusion, I want to thank you for taking the time to read and review this letter. I feel that my brother has learned from the choices that he had made and has taken the time to show us all. No matter what decision the courts make, I will always love my big brother Tom.

Sincerely,

Alvin W. Hardin

1 March 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain,

      My name is Jim Hardin, and I am one of Tom's two brothers. I am writing to provide one person's perspective on Thomas Hardin. We are from Lilburn, GA and spent my first 15 years in the same house, sharing a room for much of that time. Over the years, Tom and I have spoken frequently about our love for the Atlanta Braves, Clemson football, US soccer and now the funny and strange things that our kids do. I followed my brother into hedge fund investing nine years ago and now help to invest college and foundation endowments into private equity and hedge funds.

      I have always had the luxury of Tom showing me the way, and Tom did not have the same. Before I could walk, Tom was my trailblazer—he played soccer, so I wanted to play. He was facile with math; I wanted to be just as good. He went to an Ivy League school, and I went to one too. He set out on an investing career at a young age, and I did not think twice before following him.

      My world view changed dramatically when Tom called three years ago to say that he was connected with the insider-trading news that had been rippling through the investing community. I did not hear much past the first few words, because this was the person I had spent my life drafting behind.

      I do not think what he has done can be downplayed—and at the same time I do not believe that cheating is part of his core. He has been in a cloud of shame for four years, as his wife Sue has been a rock. I would have been a much weaker person than either in their situation. And if I had fallen like Tom, I do not know that I could have picked myself back up—to be someone to follow again.

      During this time, Tom has turned his attention to being a whole person—body and soul. He has been at home for his two daughters, M███ and C███ He has made himself healthy again through proper food and exercise. As I think about writing this letter—he has always been the one trying to hold our family of five together—one that has time and again tried to break itself apart. He lifts up our younger brother, who has had a tough life and a hard time finding any way through it. He regularly checks in on our father, who suffers from depression-related mental illness that no one can quite figure out. He and Sue pay to fly our mother—who is also oft-depressed—to New Jersey frequently to visit them and her grandchildren. He did all of these things before and after his insider trading, which I hope will not be his lasting legacy.

My best,

James Craig Hardin Jr
██████████████
Charlotte, NC 28207

February 25, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

Hello, my name is James C. Hardin, Senior, and I am the father of Thomas C. Hardin.

I retired in 2010 after 31 years as a Purchasing Manager with The Coca-Cola Company, headquartered in Atlanta, Georgia. Also, I completed 22 years in the U.S. Air Force including both active duty and reserve service retiring in 1994 in the rank of Lieutenant Colonel.

Tom was born in 1977 in Orlando, Florida; however, he lived his years as a youth in Lilburn, Georgia, a suburb of Atlanta.

Tom had 2 younger siblings and was a very patient brother during the years they grew up together. Tom especially enjoyed tutoring Jim, our middle child, as Tom was 3 grades senior to Jim.

Tom dedicated a tremendous amount of his time during his teenage years tutoring Jim. His sense of responsibility towards his brother enabled Jim to be accepted by Harvard College. Jim completed Harvard in 2002 with his brother, Tom, and other family members beaming in the graduation audience!

Another of my fondest memories of Tom was his recognition as "Student of the Month" during Middle School with his photograph and outside interests pasted on a large poster positioned near the school entrance.  Tom listed his favorite activities as: playing soccer, attending college football games, and spending time with his family!

As referenced earlier, Tom enjoyed playing youth soccer; as a result, at age 15, he volunteered to serve as a referee for youth soccer his local community.

 After completing the mandatory training course for referees, he then became completely committed during his teenage years on many Saturdays and Sundays to perform alternately as the center referee or as one of the linesman. What a treat for his father to stand anonymously in the

crowd and watch his son totally immersed as the referee during a youth soccer game in front of large crowds of parents, family, and friends!

Thank you very much for reviewing my letter.


Respectfully,


JAMES C. HARDIN, SR

██████████████

Athens, TN 37303

March 20. 2013


Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007


## Re:  United States v. Thomas C. Hardin 10-CR-399 (LTS)


I am writing on behalf of my son, Thomas C Hardin.  Tom made an
incredibly bad decision several years ago when he decided to give
into the temptation of insider trading.  Tom is humbled and humiliated
by what he has done to his family, friends and his career.

In his lifetime, I have never known Tom to do anything remotely
dishonest.  I am embarrassed and saddened by what he has done.

He has not wasted his time while waiting for sentencing.

Tom has become a "house husband" caring for his two little girls while
his wife works.  Fortunately, he has the support system of his wife's
family who live nearby.

He has embraced volunteerism with a passion mainly through his
church, St Andrews Roman Catholic Church in Westwood.

Tom also has become a runner and participated in several events to
raise money for different charities.  He has also developed a love for

cooking and prepares practically all of the meals served every day in their home.

Tom is a good man  He is loving father, husband, son and friend.  He is sincerely remorseful about the path he took when he entered the world of insider training.  He takes full responsibility for his own actions and is sincerely sorry  for the pain and suffering his actions have caused his family and friends.

Tom has suffered the loss of his career but thankfully not the loss of his family.  We all support him because we know him and forgive him for what he has done.

I hope this letter will give you some insight into Tom's character.

Sincerely,

Beverly S. Hardin
███████████████████
Walhalla, South Carolina  29691
██████████████

Date:  February 17, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Thomas Hardin 10-CR-399 (LTS)</u>

Dear Judge Swain,

My name is Susan Hardin and I am Tom Hardin's wife.  We met in August of 2002, were engaged on our one-year anniversary and got married on May 21, 2005.  I currently work for a small real estate development and hotel management company called Scout Hotels, LLC.  I previously worked out of an office in midtown Manhattan but as of October 1, 2012, I now work from home full-time.

It is with great difficulty that I write this letter, both because of the circumstances surrounding the intent, but also because there are too many thoughts in my mind that it is hard to write a page or two about my husband.  But I will try my best to make this a succinct letter about what kind of person he is.

Very early after I met Tom, I knew he was someone I wanted to be with every day.  Very soon after that, I knew he was the man with whom I wanted to spend the rest of my life.  He had the typical characteristics that many women look for in a partner: kind, funny, intelligent, and comforting.  But the one quality about Tom that struck me more than anything is how good-natured he is and what a truly good person he is.  I think this is a very rare thing to find in anyone, and I had hit the jackpot by dating someone who inhabited this trait through and through.  Early in our relationship, he showed me examples of this: late at night after going out to the bars with friends, he walked past a homeless man on the NYC streets.  Most people would continue on and not even pay attention, but Tom stopped, asked the man if he would like a warm meal, and brought him to a nearby McDonald's.  But instead of just buying the man food and leaving, Tom sat with him and shared a meal.  This demonstrated to me that Tom is a kind and thoughtful person who goes out of his way to help others.

Throughout our dating and early years of marriage, Tom continued to show me what a good person he is through acts of kindness and the way he treated others.  However, the best example of my favorite quality of Tom's came when we had our first child.  The minute he held her, I knew he would be a wonderful father.

Because of the professional line that he crossed and mistakes that he made in violating securities laws, Tom was somewhat forced into the role of a stay-at-home-dad.  Although he never envisioned being the primary caregiver to our children, Tom has shown himself to be a patient and positive presence in the lives of our two daughters, M█████ and C████.  He takes M████ to school and her various activities including dance class and speech therapy, and takes C████ to her play groups and music class.  He disciplines them, cooks their meals and makes them laugh uncontrollably.  Tom is usually the only father

in the group of moms and grandparents but he has assimilated into the suburban parent culture extremely well. When our girls get older and can understand the situation, we will tell them about what mistakes Tom made in his professional life; however, I cannot think of a better role model to have raising our children.

Tom's decision to make the trades he made in 2007 is something he will regret forever. His mistakes have cost him a promising career in finance, something that he truly loved and considered a hobby more than a job. He has often expressed to me that he feels emasculated by not being able to provide financially for our family. However, he is doing what I consider to be the hardest, most frustrating, but most rewarding job – being the primary caregiver to our girls.

We have definitely suffered as a result of Tom's actions. We are burning through our hard-earned savings as our bills exceed my income by several thousand dollars each month. As I am very fiscally conservative, this has put a huge stress in our lives and our marriage. I wish Tom could still work in the industry he so truly loved and I wish things had been different for him professionally. However, I would never change him as my husband and the partner for the rest of my life. There is no one I would rather spend every day with, and no one else who would be as good a father to our children.

While I am disappointed in Tom's actions in 2007 that has caused stress in our marriage, I am very proud of the way Tom has transformed his life in the aftermath. It took Tom several years to process his "new life" after agreeing to cooperate with the FBI in their investigation. But then he made the decision to make the most of his time at home. He has devoted a considerable amount of time and energy to our church, St. Andrew's Roman Catholic Church, volunteering each Monday night folding, boxing and storing clothes and other items that go to families in need. He is also a large contributor to the Human Concerns Committee which oversees the clothing drive along with distributing food to the low-income families in our town. I am also so proud of Tom for his fundraising efforts for Light the Night, an annual event held by the Leukemia and Lymphoma Society. My father passed away nearly three years ago from leukemia and Tom has led a group of family and friends in supporting this event every year since his death. It means the world to me that he is so invested in this organization as a way to remember and honor my father. Tom has also transformed himself physically in the years since he pled guilty to insider trading charges. Starting in 2011, Tom began to exercise and eat healthy, something he had never previously done, and in the process he has shed over 50 pounds and is now a devoted runner. He has completed six half-marathons and is training for his first full marathon in March. Tom has inspired me to make running and healthy eating more of a priority in my life as well.

I know Tom is truly sorry for his actions and has great regret for causing stress in our marriage and financial pressures that have not eased since he lost his job over four years ago. I wish that he had not made those trades in 2007 and ruined his promising career. While his actions have caused suffering for us, I would never change my feelings about him and know that he is the same person with a good heart that I fell in love with and married nearly eight years ago.

Respectfully,

Susan Hardin

█████████
Westwood, NJ  07675-3305
February 25, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  <u>United States vs. Thomas Hardin 10-CR-399 (LTS)</u>

Dear Judge Swain:

I met Thomas Hardin ten years ago when he began dating my daughter, Susan Machorek Hardin.  From the first, I knew that Sue was fortunate to be seeing an intelligent, devoted man with a respect for faith and family.  Further, I was delighted when they became engaged and ultimately married in 2005.  In early 2009 when they announced that a baby was due in October, it seemed that everything good was going their way.  And then the unimaginable happened.

Having worked in the investment division at J.P. Morgan from 1967 to 1977, I am aware of the seriousness of breaching the trust of the financial community by actively participating in insider trading.  So I was floored when Tom admitted to having done so, and was being investigated by the FBI.  However, from the outset I viewed the situation as thus: a good individual had committed a grave crime, he was regretful, and he would never repeat such an irresponsible act again.  Four years later, I continue to maintain this belief.

Tom has lost much through this experience.  He will never be able to work in a field he hoped to take part in for the duration of his professional life.  In fact, he seems to be unemployable in any capacity since all human resources departments screen their future hires through the internet, and the newspaper articles that were written in 2009 regarding Tom's situation bear his name throughout.  My hope is that someone, somewhere, will take a chance on him, but that does not seem to be happening.

During Tom's long hiatus, however, he has volunteered his talents in the community through his local church where he puts in hours at the food bank and the men's cornerstone group.  His commitment to these projects is commendable.  His running regimen has helped to focus him even as it strengthens his mind and body.  And most importantly, he is the caretaker for my two beautiful granddaughters for which I will be forever grateful.

Even though Tom's trial has cost the family financially, psychologically and emotionally, I am blessed that Tom is my son-in-law.  In fact, his connection to me is very strong, especially after losing my husband to leukemia in 2010 because Tom has been an integral part of my healing process.  I am in awe of his fortitude and resilience, and will never forget all the support he has given me and my family.

Respectfully,

*Christine F. Machorek*

Christine Machorek

4 April 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain,

My name is Michael Machorek. I am 35 years old. I was born and raised in Westwood, N.J. I have worked as a driver for a car and limousine service for the past nine years. I have known Tom Hardin since 2002, when he and my sister, Susan, began dating. I have been proud to call him my brother-in-law since 2005.

Tom has always struck me as a stand-up guy. This was first etched on my mind when I watched him ask my parents' permission for Susan's hand in marriage. He exhibited the kind of graciousness that cut through any conceivable pretense, which confirmed to me that he would be a genuine and committed family man. Since then, he has not disappointed from this impression I have of him. In many ways, he has exceeded any expectation I could have held.

When Tom revealed to my family what he had gone through regarding this case, I was shocked, because I viewed his crimes to be out of character with the man I know him to be. Then again, his utmost desire to show contrition and cooperate with law enforcement in every way possible resonated with my image of him as a stand-up guy. He did something wrong, acknowledged it, and remained determined to correct his mistakes in whatever way available to him.

Since then, he has been a model of a husband, father, and member of the community. He takes care of my two beautiful nieces and makes Susan's day-to-day lifestyle at home as relaxed as any working professional woman could wish for. He has become very involved with his church parish, volunteering countless hours toward charitable efforts that aid the homeless, hungry, and victims of natural disasters.

In my opinion, Tom has demonstrated the kind of reconciliation, self-reflection, and self-improvement that could be perceived as ideal for someone in his circumstances. I place great value in honorable and trustworthy behavior. I do not waver one bit in my faith and support of Tom as a man and cherished member of my family.

Respectfully,

Michael Machorek

Westwood, NJ 07675

1 March 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain,

My name is Kathryn Hardin, and I am married to Tom Hardin's brother, Jim. I first met Tom when I was fourteen, and he was approximately seventeen. Since I have known him, Tom has been a funny, self-deprecating and kind member of the Hardin family. I have watched him grow from a shy high school kid to an incredibly warm and involved father and husband.

When I found out about Tom's legal problems, I could not have been more surprised. I feel like he is a good guy that made a bad mistake. We found out about the situation from Tom himself. He sat in our living room, answered questions and expressed remorse for his actions. In the last three years, I have seen Tom embrace fatherhood with gusto, becoming a very hands-on dad to sweet M███ and precious C███ His devotion to his wife and family is so apparent and admirable.

Respectfully,

Kathryn Morton Hardin
███████████
Charlotte, NC 28207

Date: February 6th, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Thomas Hardin 10-CR-399 (LTS)</u>

Dear Judge Swain:

I am Haley Hardin, Thomas Hardin's sister in law of 5 years this past
October. It is with deepest regret that I have to write this letter to you. I work as a
certified medical assistant for a pulmonary group in Atlanta, GA. I served 6 years
in the United States Air Force Reserve and I am proud to say that I officially
became a veteran this past April, 2012. I am married to Thomas Hardin's youngest
brother, Alvin Hardin. Thomas is a proud Uncle and an astounding mentor to our
two children, C█████ and L████Hardin.

Thomas Hardin is a wonderful brother in law, brother, son, husband, and
most importantly, a wonderful father. He has spent the last few years taking
excellent care of my two beautiful nieces, M████ and C████. Thomas has taken on
an exceptional role as a stay at home father. I envy Thomas's position, because I
would love the opportunity to be able to stay home and take care of my children.
Thomas is a phenomenal cook and enjoys cooking and preparing healthy meals for
his family.

Thomas is very active in his church. He attends St. Andrews Roman
Catholic Church and is actively involved in The Human Concern's effort there.
Every Easter and Thanksgiving, he helps deliver over 50 holiday meals to families
in need in his community. Thomas's commitment to his church helped make our
decision on making him and his wife, Susan, the godparents of our son, Carter
Hardin.

Thomas is involved in many charitable events in his community. For the
past three years, he has raised several thousand dollars for the Leukemia and
Lymphoma society in memory of his father in law, who passed away in 2010. He
has become a very dedicated runner and often runs in several marathons a year
for many different causes. In March, he will be traveling to New Mexico to run a
marathon in memory of the many soldiers who lost their lives in The Bataan Death
March. Thomas's grandfather is a living survivor and will also be making the trip
along with Thomas's mother and younger brothers.

Aside from Thomas's many accomplishments, he has also made some poor
choices and mistakes as we all have in our lifetime. Thomas has admitted his
faults and I feel he has taken responsibility for them. I know he has hated the

impact these choices have had on his family and the innocent people surrounding him. I know Thomas is an outstanding person and is not one to ever make the same mistake twice. Instead, he will learn, excel, and make the best out of whatever the outcome may be.

In conclusion, I want to thank you for taking the time to read and review this letter. Again, I feel that Thomas has learned from the choices that he has made and has taken a lot of time to connect to his church, family, and serve his community. Whatever decision is made, we will always love and support Thomas and his family.

Sincerely,

Haley E. Hardin

March 8, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

My name is Daniel Alger and I am writing on behalf of Tom Hardin as I understand that Tom has pled guilty to federal conspiracy and securities fraud charges. I met Tom over 10 years ago and we have become good friends during that time. I have known him to be a loving husband and father, a devoted community volunteer and a trusted friend and mentor. His actions, which he has taken full responsibility for, strike me as out of character with the person I have come know and respect.

Tom has been a tremendous influence on me personally. I remember well the many hours that he spent with me several years ago as I left the military and sought a new career in civilian life. Tom's guidance was critical to my successful transition and he has continued his mentorship through the years – and for that I will always be grateful.

As an officer in the U.S. Navy Special Operations community, I served two tours in Iraq leading men in harms way and was awarded a Bronze Star for valor in combat, and these experiences have played an important role in how I now judge a person's character. Specifically, I came to realize that one's true character is often best displayed during times of adversity and this holds true with my experience with Tom. Though I was surprised and disappointed to learn of the crimes he committed, I have not been surprised by his actions thereafter. He has taken full responsibility for his wrongdoing, he has cooperated with the authorities, and he has renewed his dedication to his family and local community. This is the Tom Hardin that I have known and this is the Tom Hardin that I hope you will consider during sentencing.

Should you have any questions or would like any additional information, please do not hesitate to contact me at █████████

Very Respectfully,

Daniel Alger
██████████
Hoboken, NJ 07030

March 4, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

We are writing on behalf of our family friend, Tom Hardin, who is awaiting sentencing. This letter is a heartfelt plea for the Court's leniency with regard to Tom. After reading it, we hope that it gives you some impression and understanding why those who know Tom are certain that it is in the public interest to keep him at home with his family.

Having been friends and colleagues with Tom for nearly a decade, we can speak to what a sincere, kind and honorable friend he is - one that stands in stark contrast to the person who made the unfortunate mistakes that originally brought him before your court.

Tom has an incredible capacity and drive to go out of his way for the benefit of others, with a unique enthusiasm for extending a helping hand and relieving friends of strife, angst and embarrassment - irrespective of any inconvenience to himself. Despite his mistakes, he is truly a model friend, father and husband. But, what he is not - even remotely - is a representative of the selfish, unsavory and rogue-like persona that encompasses the vast majority of individuals guilty of similar crimes.

As long as we have known him, he has been gracious and charitable to his community, dedicated and supportive of his family, and genuinely concerned for the welfare of others.

As long as we have known him, he is the first to offer comfort for the distressed, assistance to the aged, praise for the downtrodden, and encouragement for the depressed.

As long as we have known him, he has set a rare example to his community, his peers and colleagues as a real God-fearing, devoted, loyal and religious Christian.

Since the abrupt ending to his professional career, Tom has for nearly four years now been the sole caregiver to his children M███, 3, and C███ 1, as his wife works long hours to support his family. We have witnessed Tom mature into a wonderfully active and loving father - not an easy task considering the emotional, psychological and financial punishments that have already come from his unfortunate mistakes. Yet, being the special individual that he is, Tom has shaken off the adversity, risen to the occasion, and successfully strived to grow and nurture his family in his new role.

This admirable and heartwarming outcome stands in contrast to how similar story lines overwhelmingly

play out. In turn, it also demonstrates that Tom's situation is unique and is worthy of the Court's leniency.
We are confident in Tom's ability to exceed your expectations should you find it in your heart to spare
him and his family from further hardship.

Respectfully,

Paul & Jessica D'Amico

Brooklyn, NY 11205

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Thomas Hardin 10-CR-300 (LTS)</u>

Dear Judge Swain:

      We, Kathie and John Chambers, are long time friends of Tom Hardin's in-laws.
John retired several years ago from a career in sales for the computer software and services
industry and I am a retired public school teacher. We saw Tom's wife grow from a small child to
adulthood and were very impressed with Tom when Susan introduced him to us some ten years
ago. He was always kind, considerate and personable whenever we spent time with him. When
they eventually moved into our town, Westwood, and joined our Church, St. Andrews, we
enjoyed seeing and interacting with them frequently. We have often been guests in their home
where they make us feel like family.

      As Tom is the hands-on, primary caregiver of his two daughters, he tends to their
everyday needs including the participation in activities that add to their physical and social
development. He has become very interested in cooking and provides the family with a tasty,
healthy diet and even makes the baby's food. Since family is so important to Tom he maintains a
blog of pictures and anecdotes so that his parents, siblings and extended family outside of this
area can share in their daily life.

      During his time at home, Tom has become an active participant in St. Andrew's Human
Concerns Ministry. As part of this group of dedicated volunteers he sorts, folds, boxes and stores
more than 200 tons of clothing and household items that are then sent on to the needy both locally
and in Appalachia and Haiti. Last summer, Tom ran a pancake breakfast to raise the funds
necessary to cover the associated expenses.

      In addition to his local volunteer work, he has led family and friends in raising several
thousand dollars in the past three years for the Leukemia and Lymphoma Society in memory of
his father-in-law. This spring Tom will run his first marathon at the Bataan Memorial Death
March to honor his grandfather, a Death March survivor, whom he will accompany to the
Memorial.

      Tom is a dedicated family man who works selflessly and tirelessly to care for those he
loves as well as those in need.

                  Respectfully,

                  Kathie and John Chambers

                  Westwood, NJ 07675

**February 25, 2013**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

My name is Alicia Edwards, and I am writing in support of Tom Hardin. I am an attorney in the Greensboro office of Legal Aid of North Carolina, Inc., a non-profit law firm serving low-income clients. I met Tom in December 2002, through his now-wife Susan Hardin. Sue and I attended high school together in New Jersey and have been close friends ever since, despite the fact that we live states apart. Throughout this time, I have come to know and love Tom as well. He and my husband share many things in common. The four of us get along so well that we have gone on vacations together. Any visit to the New York/New Jersey area always involves a visit with Sue and Tom.

The primary aspect of my legal practice involves foreclosure defense so I know full well the consequences of the "make-money-at-all-costs" philosophy of Wall Street. While I personally believe that this pervasive culture throughout Wall Street encourages otherwise good and honest people to commit despicable acts which harm consumers, Tom never once tried to make excuses for his behavior nor defer the blame to someone or something else. He has always accepted responsibility for his actions and put the blame squarely on his shoulders.

I was shocked when I heard about Tom's admission of guilt and conviction for conspiracy and securities fraud. I was so shocked because I know that Tom is a reliable, loyal, good-hearted, and honest man. This conviction does not change this. This offense is completely out of character for him. Tom made a terrible mistake, and a very public one at that, but this mistake does not define him as a person. I am constantly telling my clients that none of us are perfect, but it is how we conduct ourselves after making our mistakes that inform who we are. Despite his embarrassment at revealing his transgression, Tom has owned up to his mistake and has done everything he could do to make amends for it. This is especially evidenced by his cooperation with the government to probe similar acts of fraud.

For the past few years, Tom has been taking care of his 2 beautiful daughters, M▇ (age 3) and C▇ (age 1), as a stay-at-home dad. He is a fantastic father and a great role model for them. While I know that this role has fulfilled him personally, I also know that it pains him to not be able to work outside the home to help support his family. Making the most of his limbo legal status, Tom has focused his efforts on caring for those less fortunate than he. Even though Tom has not been able to work outside of the home,

United States v. Thomas Hardin, 10-CR-399 (LTS)
Page 2 of 2

he has had a solid support system of family and friends. Tom recognizes his fortune, which is why Tom is heavily involved in his church's outreach efforts.

Tom always turns a difficult situation into a positive experience. The best example of this is when his father-in-law recently died after an all-too-short fight with leukemia. Tom's father-in-law was a wonderful man who was well-liked by everyone who knew him. His sudden death was particularly devastating to Sue and Tom. Tom channeled that grief by becoming the captain for a small team of walkers for the Leukemia and Lymphoma Society's "Light the Night" walks. His small team of 4-5 people has placed in the top 10 of money-raising teams in the Rockland County walk in 2010, 2011, and 2012. When Tom commits to something, he sees it all the way through until the goal is accomplished.

The way Tom has conducted himself since taking responsibility for this dark part of his life shows a strength and conviction of spirit that is admirable to many. Rather than wallow in self-pity and doubt, Tom has been spurred to action by caring for his family and caring for his community.

I humbly submit this letter as a token of my affection for Tom and fervent belief that a harsh punishment by the Court will not be needed to deter similar behavior in the future. I have no concerns about Tom's ability to abide by the law from this day forward. These acts will not be repeated. I do not hesitate to give Tom my full support. Thank you for your consideration in this matter.


Respectfully,

Alicia C. Edwards

Greensboro, NC 27455

Benjamin R. Edwards

██████████
Greensboro, NC 27455 ██
████████████████

February 26, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Thomas Hardin 10-CR-399 (LTS)</u>

Dear Judge Swain:

My name is Ben Edwards, and I am writing today in support of Tom Hardin in anticipation of his upcoming sentencing. I am an attorney licensed to practice in North Carolina, and I am employed at Lincoln Financial Group as Assistant Vice President & Senior Counsel-Fraud, Investigations & Privacy. I am involved in leadership positions both at Lincoln and in the community. I was recently named as a recipient of the 40 Leaders Under Forty award for the Piedmont Triad region.

I have known Tom for more than 10 years. My wife Alicia and Tom's wife Sue have known each other since childhood. Over the course of the last 10-plus years, I have gotten to know Tom very well, and we routinely visit with his family when we are in the tri-state area. We also have hosted the Hardin family in our own home and have vacationed with them.

When Tom first told me about the investigation and facts underlying the instant case, I was shocked. It all seemed so out of character for him. He has been very forthcoming with me about the circumstances. He freely admits that he made a mistake, and he recognizes his obligation to accept the punishment. Perhaps as important, Tom's remorse is paired with an enthusiasm for moving forward with his life. He looks forward to the opportunity to reenter the workforce and find ways to contribute monetarily to his family.

Tom has expressed to me that a silver lining of this ordeal has been a chance to be the primary caregiver for his two wonderful girls. On various occasions, including when my family stayed with Tom and Sue last December, I had a chance to see Tom in action. He busily served meals, assembled bottles, played games, read books, gave baths, and did all the things necessary to keep a household with two small children running smoothly. Tom rightly takes great pride in being able to provide for his girls in this way, and he has developed a unique bond with them. However, he also recognizes that not being in the workforce presents a financial challenge to his family, and he greatly looks forward to putting this matter behind him and serving out the Court's sentence so that he can also move forward with his professional life.

Honorable Laura Taylor Swain
February 26, 2013
Page 2

In addition to spending valuable time with his daughters, Tom has made great effort to contribute to his community. As an example, he leads an effort to organize, sort and ship clothing to those in need. He and his team move approximately 225 <u>tons</u> of clothing per year. This is just one example of Tom's numerous volunteer activities. While others might be only superficially involved, that is not Tom's style. He has taken his efforts to a greater level, and his contributions have been appreciated by many—including by many people he will never have the chance to meet.

During our last visit with Tom and Sue, I saw more evidence of his impact on the community. Despite an oncoming snow storm, Tom insisted on getting out for his weekly long run–a part of his training for an upcoming marathon through which Tom is raising money for the Food for the Poor charity. While Tom was on his run, a deacon from his church slowed his car, rolled down his window, and gleefully shouted something along the lines of "You're crazy, Tom!" as he completed some of the 18 miles he had scheduled for that day. Tom has been involved in several charitable pursuits in recent years. He has not done so to gain attention, but community leaders have taken notice nonetheless.

Tom Hardin has learned a lot from his mistake. He has spoken candidly to me about accepting responsibility for it and about his strong desire to move forward with his life. Tom has taken a difficult situation and made the most of it—spending quality time with his family and making substantial contributions to his community. He has undertaken a new hobby (running) that has helped channel his energy and hone his mind and body. He is ready to move forward with the next chapter of his life and continue making positive contributions to his family and community. Please accept this letter as evidence of Tom's good character and consider it as you contemplate the appropriate sentence.

Respectfully,

Benjamin R. Edwards



**Scout Real Estate Capital**

**New York, NY 10017**

February 18, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

I am writing this letter on behalf of Tom Hardin. Tom will stand before you shortly for sentencing related to the above case.

I am the Chief Executive Officer of Scout Real Estate Capital. Our company owns and operates hotels in Massachusetts and Florida. We are also engaged in the architectural design and construction of hospitality and residential projects in New York and Chicago.

Six years ago, Susan Hardin, Tom's wife, joined Scout as Vice President responsible for finance, acquisitions, and asset management. Susan came to Scout very highly recommended. After graduating from Harvard she spent eight years in finance at Lehman Brothers, leaving a year and half before Lehman's demise. Susan is a dream to work with. She is thoughtful, creative, hard-working, practical and whip-smart about business. She also has her priorities straight: family first.

I first met Tom shortly after Susan joined Scout in March 2007. I knew he worked at a small hedge fund and specialized in technology equities. I liked him immediately. He was the antithesis of stereotypical Wall Street slickness and cynicism. Kind, thoughtful, bright, engaging and clearly crazy about Susan, Tom was easy to like.

Sometime in 2009, Susan approached me about Tom's insider trading case. I knew Tom had left his hedge fund after lost a large client during the 2008-2009 market meltdowns. Susan had become the sole breadwinner while Tom cared for their daughters M███ (born September 2009) and C███ (born December 2011). At the time Susan approached me, Tom's name and involvement had been reported in the news but most of at Scout were completely unaware of it.

Susan told me the whole story, what Tom did, how he was first approached by the FBI and immediately admitted his participation and guilt, how he was given the chance to cooperate with the government, how he wore a wire to meetings and recorded phone calls.

When Tom and I later spoke in private I heard first-hand how devastated he was.  He had disappointed himself, his family and his friends.  He did so in a way he never dreamed possible. He will live with being a convicted felon for life.  Tom never referred to his actions as "my error" or "my mistake".  It was always "my crime".  Further, he said he can never work in the investment industry again, which is all he ever wanted to do since high school.  One day, he will have to explain all this to M███ and C███

In the face of uncertainty, Tom and Susan showed faith and courage as they did not put their lives "on hold".  They started their family while Susan worked and Tom stayed home to care of the children.  They did this living frugally on one relatively moderate income and very few benefits. (Scout has struggled following the economic crisis of the past several years and our very survival was in doubt a few times.)

Susan and Tom have come with their daughters to our Brooklyn home for lunch several times.  It is clear that Tom is the "go-to" parent for these two beautiful girls.  He is a natural loving father. Meanwhile, Susan gave up that role, something under different circumstance, she would never have done.  She commuted to Manhattan and worked the long hours required of a struggling real estate company.  I _never_ heard either Susan or Tom complain.

While I often see a sadness in Tom, he's put his considerable energy into his church, fund raising for cancer, and aid to Haiti and Sandy victims.  He has lost too much weight, runs and exercises regularly and will run his first marathon in White Sands New Mexico next month.
Tom's 95-year old grandfather, Ben Skardon, is a survivor of the 1942 Bataan Death March in the Philippines at the start of the Japanese occupation.  For the last few years, Tom has accompanied his grandfather on a commemorative "march" at White Sands joining his grandfather to walk beside him and honor the survivors and those lost.  It's as if Tom is saying "if my grandfather can survive Bataan and years as a Japanese POW, I can survive this."

When I first met Tom, the word I'd use to describe him would have been "conscientious".  Tom struck me as dutiful, hard-working, and reliable and a goal driven planner and achiever.  Having seen him deal with, respond to, and even change over the past five years, I'd describe Tom as "honest".  He does not shrink one inch from what he did.

Tom has already suffered a great deal for what he did, doubly so because of the challenges it has brought to his own family.  On behalf of Tom, I would respectfully as the court to consider a sentence that will allow Tom to continue to care for his family and begin to rebuild his life. Thank you for any consideration you can offer Tom Hardin at sentencing.

Respectfully,


Kevin G. Fox
CEO
Scout Real Estate Capital
Home address: ███████████████ Brooklyn, NY 11201
                        ███████████████ Cell: ███████████

Patricia Fox
██████████████████
Brooklyn, NY 11201

February 28, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

I am writing this letter on behalf of Tom Hardin who will stand before you shortly for sentencing related to the above case.

I have spent over thirty-five years in education, over twenty years as an English teacher at the middle school and university level, and fifteen years as an associate director of the National Writing Project, a network of nearly 200 university-based sites that provide professional development in the teaching of writing. Over the years, I have had the opportunity to work with thousands of young people and, in the process, I think I've become a good judge of character. It is, finally, the issue of Tom's character, as I have come to know it, that I would like to speak to in this letter.

I first met Tom in 2008 through his wife Susan who had come to work with my husband. Over the past six years, we have become close friends, getting together as families several times a year and sharing their joy at the birth of their two daughters—M███ 3, and C████ 1—and their sadness over the loss of Susan's father last year. During that time I've known Tom as a devoted husband and stay-at-home dad who has documented M████ and then C████ birth and her parents' pride in their antics in a tender and funny blog. Tom and Susan are a wonderful young couple, sweet with each other and their young daughters, exemplary citizens devoted to their families, friends, church and community.

I knew little of Tom's situation other than hearing that he had lost his job in investments in the aftermath of the economic setback in 2008. Two years ago Tom shared the details of his felony conviction and its aftermath. In the process, while still struggling to understand his actions, Tom made no excuses and accepted full responsibility for his crime. He lives every day chastised by his actions and the humiliation and hardship that they have brought and continue to bring to his family and friends. You will have undoubtedly read about his church and community work. What I have witnessed at close hand is his dedication to redeeming himself and his life by committing all his energies to being the best father, husband, son, brother, grandson, friend, and citizen he can be. A striking example has been Tom's participation over the years, in honor of and alongside his 95 year old grandfather, in the Bataan Memorial Death March. They march together as members of Ben's Brigade, named for his grandfather Colonel Ben Skardon, a survivor. The event and Tom's participation in it stand as a metaphor for the kind of man he most honors and aspires to be, not a hero but rather a role model of dedication to an honorable purpose, and finally an honorable man.

So finally, to speak to the issue of character: My husband and I have been happily married for 46 years. We have three grown sons and five grandchildren including three grandsons.  I also have two brothers.  I have often said that among the greatest gifts of my life is that I am surrounded by good men—men who are sweet, thoughtful, moral, honorable, generous and kind.  I can say unequivocally that Tom Hardin is a good man, one of the best I have met, a great gift to his family, his friends, and his community.  In spite of his transgressions, I would be proud to call him my son.

Respectfully,

Patricia Fox
Associate Director of Site Development
National Writing Project
University of California-Berkeley

**DEPARTMENT OF THE AIR FORCE**
9001ˢᵀ AIR RESERVE SQUADRON

Major Joseph M. Haury
U.S. Air Force Academy Liaison Officer

Westwood, NJ 07675

February 28, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

I am grateful and honored to have the opportunity to provide this letter on Tom Hardin's behalf. I had the pleasure of meeting Tom over three years ago at our church's Cornerstone Men's Retreat. Since then, my wife, two children and I have become very close friends with Tom, his wife, Sue, daughters, M     and C     and their extended family. I am lucky to have gotten to know Tom and Sue on a personal level, having shared holidays, birthdays, baptisms, deaths, and many other family moments together. He and I trained for and completed a half-marathon together and he is one of my closest friends and confidants.

I was still serving in the Active Duty Air Force when I met Tom and we were drawn together from his familiarity with military service, as he is the son of a Retired Air Force Officer. I entered the Air Force after graduating from the United States Military Academy at West Point and served eight years of active duty service. I remain in the Air Force Reserves as a disabled veteran and am proud to continue serving my country. I have my MBA from Penn State University and, outside of my military reserve capacity, now work as the Executive Business Manager for the President and CEO of Mercedes-Benz USA in Montvale, NJ.

Tom has been candidly honest about his legal situation and extremely remorseful about his illegal actions since the moment we met. I have been humbled time and time again watching Tom relive his story, and its impact on his personal and professional life and future, in front of dozens of men, most of whom are complete strangers, at our Cornerstone meetings and retreats. He takes accountability for his actions and does not make any excuses for the decisions he made. Tom's heartfelt message has inspired me and many other men to be better fathers, husbands, friends and people.

While his message has been impactful, Tom's actions have been even more inspirational. Rather than hiding from reality, he has embraced this opportunity to become a better person in every facet of life. As a father and husband, Tom is an amazing caretaker, cook and home maker – typically, a difficult transition from his previous endeavors. With Sue working, Tom has embraced his role and is the most engaged father in "Mommy and Me" classes, M    's "gymnastics", pre-school and speech therapy classes, and every aspect of M     and C    's early childhood development. He is a source of

knowledge for my wife, a stay-at-home mom, and a great example for her to emulate.  Tom cooks amazing meals for his family every night and has become famous for his creative and delicious dishes at every family and social gathering.

He has also quietly become one of the most active volunteers at our church.  While I could write pages of letters on the hundreds of hours he has devoted to different volunteer efforts, I will highlight the leadership he displayed in personally organizing a pancake breakfast fundraiser for our "human concerns" program.  Initially a Cornerstone event supported by several men, actual support lacked and Tom worked for days to obtain business sponsors and donations that allowed this event to prove very successful. Without Tom's initiative, the event would have never come to fruition and several hundred dollars of charity funds would have gone unrealized.

In 2011, when Tom and I started jogging together, he had never competed in any type of race.  Now, two years later, he has completed multiple half marathons and charity events and will complete his first full marathon in a couple of weeks. More importantly, he has lost 50 pounds and has become a more healthy and active father and husband who is better able to serve his family, friends and community.  Watching Tom's progression has been very motivating.

Additionally, he harnessed his new energy for running by chartering and organizing Westwood's 1st Annual Father's Day 5K "Dad's Dash," family fun run and community BBQ in 2012. Tom mapped the course and earned city approvals, sponsorships, and a tremendous amount of community support. One hundred percent of the proceeds were contributed to the Sgt. Christopher Hrbek Scholarship Fund, in memory of a Westwood High School graduate and Marine who gave the ultimate sacrifice in our nation's war on terror.  Tom personally brought our community together and started a tradition that will continue to delight Westwood citizens for years to come.

I did not know Tom prior to him committing this felony, but I can say without hesitation that he is one of the most decent and humble men I have ever known.  In accomplishing everything I described above, he sought no recognition.  He did it because he is a great person, who has the energy, ambition and ability to make our community and society a better place.  Tom has suffered immense personal and professional loss since committing his crime in 2007 and the positive benefits he has brought to his family, community and friends far outweigh any punishment that could have been levied upon him during that time.

I have served along many courageous women and men during my 14 years of military service at West Point and in the Air Force.  Given the opportunity, I would be honored to serve beside Tom in any endeavor and have full confidence he has learned from his mistakes on his path to becoming a better person.

Sincerely,

Major Joseph M. Haury
United States Air Force


Walhalla, SC 29691

March 5, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

### Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

This is a letter of reference for Tom Hardin.

I have known Tom for four years. I am a close friend of his mother and have attended many extended family gatherings with Tom. We talk on the telephone periodically.

I have seen Tom in his role as father, son, and brother. I know him to be very intelligent and knowledgeable about a variety of subjects.

He is a very loyal son to his parents. He is a mentor to his two younger brothers. He adores his maternal grandfather, a survivor of the Bataan Death March in World War Two, and in turn, is adored by his grandfather.

He is a wonderful and loving father and husband. He has a close knit family and his two little girls are the apples of his eye.

He is a determined and disciplined individual.  Tom was overweight when I first met him but shortly thereafter he decided that he wanted to get in shape. He now adheres to a strict diet and he has taken up running as a hobby and he has competed successfully in several half marathons and other lengthy races.

He loves his church, St. Andrews Roman Catholic in Westwood, NJ, and is a leader in his parish's men's group. He has raised money for charity on his own, and has participated in many charitable programs through his church.

Tom made a mistake in his business. He acknowledges his mistake and is remorseful about it. He has cooperated with all authorities and has played a key role in exposing a network of wrongdoers. He has served "time" under house arrest.

With his determination and discipline, I am sure Tom will act on his remorse and never again make decisions which are illegal. He has learned his lesson well.

His wife and two little girls need him as a husband  and father.

I ask the court to be as lenient as possible in his sentencing.

Respectfully,

John W. Hewell

Honorable Laura Taylor Swain

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

I currently work at a multifamily office / investment advisory firm. I met Tom a decade ago when he first started dating my childhood best friend. Their first date was dinner and a movie, and to this day I tease them about how the movie was "Blue Crush". . Even back then in the early courting days, I could tell their love was strong and unwavering. I was honored to be their maid of honor at their wedding in 2005 and am the godmother for their beautiful three year old daughter M███ My daughter and their younger daughter C███ are close in age and it's been fun going through the joys of parenting together. Throughout the last ten years, one of the things that stands out the most to me is how many people absolutely love Tom. He's such a likeable guy and we always joke that every guy has a "man-crush" on him within 10 minutes. I think it's because Tom is so giving and such a great listener. He always thinks of others before he thinks of himself. He is thoughtful, kind, patient, and loyal. He's such a pleasure to be around. When my husband and I welcomed a baby girl last year, Tom was a huge help with navigating the early months of parenthood as well as deceiphering the jungle of baby products out there. He is always so kind to offer his advice and it has been greatly appreciated. I hope that I can be as good of a parent as he is to their little girls. I have no idea how he juggles it all and makes it look so easy! I need to learn from his patience and time management skills.

I was completely stunned and saddened to hear about Tom's legal issues. I just couldn't believe it as it was completely out of character. How could this be the Tom that I've known for the last decade? I was so upset for him, his wife, and his family. I know Tom is a good man. He is a good man who had a moment where he lost his way and since then, he is finding his way back. I am inspired by his charitable endeavors; I feel like every week Tom is giving most of his little free time to his community. I am also inspired by his focus as I've watched him grow into an avid runner. He's set such a good example. He makes me feel like I'm not doing enough! I inspire to follow his example. I hope that his past mistakes do no further harm to him or his family as I care deeply about them. He is someone I have always trusted and will always trust.

If there's anything else that can be helpful, please do let me know.

Respectfully,

Anna Lui

████████████████ New York, NY 10019

Ken Massey & Anna Hilton
████████████
Wayne, PA  19087

March 4, 2013

Re: Sentencing of Thomas C. Hardin

Dear Judge Swain:

We write to speak to the outstanding character of Tom Hardin.  We are a married couple with two young children living in the suburbs of Philadelphia.  Ken is a senior associate with Rubin, Fortunato, & Harbison, P.C. – an employment litigation and counseling boutique in Paoli, Pennsylvania.  Ken has served in leadership positions with the Philadelphia Bar Association Young Lawyers' Division and the Asian Pacific American Bar Association of Pennsylvania.  Anna is an emergency and critical care veterinarian for Hope Veterinary Specialists in Malvern, Pennsylvania.

It has been our pleasure to know and count on Tom as a great friend for over 17 years.  We all met as freshmen at the University of Pennsylvania.  Although we all came to college from different parts of the country and with different academic interests, we immediately bonded and gravitated towards Tom's affability, intelligence, and humility.  Tom served as a groomsman at our wedding in 2004, and Ken served as a groomsman at Tom's wedding.  We have attended his children's baptisms.  In short, we have been great friends with Tom for half of our lives and have found him to be someone we can always count on.

We understand that Tom has pled guilty to certain charges regarding the government's probe into the Galleon Group.  We respectfully request leniency for Tom's sentencing.  We have always admired Tom's integrity and honesty, and still do.  We also hold incredible respect for Tom's dedication to his family.  He serves as the primary caretaker of his two young daughters.  Despite not living in the same state, we regularly see his family and observe Tom's love and affection for his family and friends.  It is special to see our daughters all playing together and forming the bonds that already tie us with Tom and his wife.

We also admire Tom for his forthrightness in admitting to his part of what had transpired.  Tom takes his professional responsibilities and reputation seriously, and we can imagine how difficult it must have been to explain his situation to us and his other

friends.  We know that these events were out of character for Tom.  We also believe that these events will reinforce his commitment to abide by his profession's standards.

We feel incredibly fortunate to know Tom and have him in our lives.  Please do not hesitate to contact us should you have any questions regarding the above.  Thank you for your consideration.

Sincerely,

Ken Massey and Anna Hilton

**Phylis Rizzi-Rooney**

**Emerson, New Jersey 07630**

**February 24, 2013**

**Honorable Laura Taylor Swain**
**United States District Judge**
**Southern District of New York**
**500 Pearl Street**
**New York, New York 10007**

Re:  United States v. Thomas Hardin 10-CR-399 (LTS)

**Dear Judge Swain:**

I met the above-mentioned young man eleven years ago when he started dating
my best friend's daughter, Susan, who is now his lovely wife.  I was immediately
struck by his kind and generous heart when dealing with Susan's ailing
grandmothers.

Shortly after their wedding, I was told by his mother-in-law that he had come to
their home to state his involvement in the securities fraud charges.  He made no
excuses, stated his shame and embarrassment, and professed his guilt with
much honesty.  It was a very humbling moment for anyone to have to announce
to their in-laws but, as I said, he did it with realizing there could be dire
consequences.

With the love and support of Susan's family and friends, Tom embarked on a
new life of being a stay-at-home Dad, an active member of his church, charity
endeavors, and giving back to the community he felt he had wronged.

For many years I was the Director of a Foundation at our local hospital and as
such worked with many volunteers for fund-raising events.  I have observed
Tom Hardin over the past few years as he developed, organized and staffed
many fund-raising events for his church and the community.  All of this was on a
volunteer basis with amazing commendable results.

Thomas Hardin knows he committed a serious offense.  Again, he makes no excuses, but I would highly recommend that consideration be given to this wonderful husband, father, and loyal friend.

As a recent widow, Tom has offered innumerous times to help me with my finances and home improvements.  He is a good man who know he made a tremendous error in judgment.

I appeal to you, Your Honor, to take into account all that I have stated.  Thank you for your time and attention.

Respectfully,

Phylis Rizzi-Rooney

February 28, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

I am writing this note on behalf of Tom Hardin, who I have known for 18 years.  Tom and I met our Freshman year at The University of Pennsylvania, and we ended up joining the same fraternity.  I got to know Tom very well over the next four years in college and have remained in close contact with him after graduation.

While I live in Maryland and he lives in New Jersey, my parents live 10 minutes away from Tom, so our families routinely get together.  My 6 and 4 year olds lovingly refer to Tom as "Uncle Tom" and my daughter routinely asks about whether Tom is carrying around a pretend ear, as he did a few times when she was around - Tom is great with my kids and with his kids, and is generally a great guy to be around, as he was in college.

At Penn, Tom was the kind of guy who got great grades, but was always around to socialize with us. Tom was a friend of everyone at Penn - I'm confident you couldn't find one person in college who would have anything negative to say about him.

I had no idea about the situation that Tom had been in over the past few years until a few months ago when Tom recounted the entire story to me.  He took full responsibility of his actions and did not try to deflect blame when he relayed the story.  He was contrite and has clearly learned his lesson.  This was clearly a very bad mistake that he made and a lapse of judgment and it is something that I know Tom is embarrassed by and has learned greatly from.

Still, I would trust Tom with watching my kids or just about anything else - I know he is an honest man, with this unfortunate incident being completely out of character and a strong learning experience for him. I have watched Tom raise his two little girls and seen pictures of his volunteer efforts.  I understand that he has been very cooperative with the authorities in relation to this matter and would like nothing more than to see him get back to work and do great things to support his family and friends.  He has spent the past few years atoning for his error and has served the authorities in their efforts.  He made a mistake and I hope the court is willing to give him another chance.

Please feel free to call me at ███████████ (cell) anytime if I can be of any further service.

Sincerely,

Andrew Ross
████████████
Gaithersburg, MD 20878

**Michael B. Schneider**

████████████████████ Brooklyn, New York 11215         ███████████████████

March 4, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

I am a commercial real estate lawyer at the law firm Cassin & Cassin LLP.  I have been friends with Tom Hardin since 1995 when we met freshman year of college.  We have remained close friends ever since.  As he and I have each built our own families, our wives and children have become close as well.

Tom and I have spoken about his legal problems since shortly after they began.  I find writing this letter to be a small relief.  I have wished several times over these last few years that I could do something to help Tom the way that he has helped me and others.  I know Tom to be a supportive friend, a devoted family man and charitable member of his community.

When my mother passed away in 2005, my family held services both in Florida, where she died, and graveside in Jenkintown, Pennsylvania, near her family.  Tom and his wife lived in New York at the time.  After learning of my mother's passing, Tom wrote me with heartfelt condolences.  They sent flowers to the Florida service and they trekked from New York to Jenkintown for the graveside service.  This may seem may not seem like a big deal, but Tom was supporting me at my saddest and most difficult time, every step of the way.

In the face of his legal problems, Tom has somehow managed to transfer his personal adversity into continuing devotion to others.  Having started running for exercise, he runs to raise money for charity.  He devotes a great deal of his time to church volunteering.  When Tom's father-in-law passed away, he was a great support to his wife. He also helped to establish annual traditions to honor his father-in-law's memory by helping to organize a family/friends team for annual charity walks for the Leukemia and Lymphoma Society.  Finally, and most importantly he is a pretty incredible and devoted stay-at-home father who is raising two wonderful little girls.

**Michael B. Schneider**

Brooklyn, New York 11215

      Tom is a great friend and I wish I could do more to help him than simply writing this letter.  I admire him a great deal.  I kindly request that in sentencing, the court recognize the immense good that he brings to those around him, friends, family and community members alike.  If I can offer more details or answer any questions, please contact me as set forth above.

                                Respectfully,

                                Michael B. Schneider

February 18, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain

Thank you for taking the time to read my letter on behalf of Tom Hardin.  My name is Courtney
Stimpson.  I worked for twelve years in various Communications and Marketing positions at
General Electric (7 years) and Columbia Management (5 years), the asset management division
of Ameriprise Financial.  I am currently a proud stay-at-home mom.

I met Tom in 2003 when he began dating his now wife, Susan.  Susan and I are very close
friends from high school.  Our families have spent a lot of time together over the past ten years
and have been by each other's sides for major life milestones.

Most importantly Tom is the Godfather of my 15 month old son, M█. Picking Godparents for
M█ was a very important decision for me and my husband.  We wanted good role models that
M█ could look up to.  We picked Tom because he has all the qualities that make a good role
model.  He is honest, caring and puts others first.  He has been open and honest with us about
this mistake.  We have talked very candidly with him about it and he is always willing to answer
our questions.  When M█ is older it is an example I will share with him as a lesson about being
honest and learning from our mistakes.

Tom is a caring and loving father to his two daughters and a true family man.  As a stay-at-home
mom I have gone to Tom for ideas and suggestions on a wide variety of topics related to raising
children.  I admire the way he is with his girls.  Most importantly, I see the way his girls adore
him.  It is hard to put into words the expressions on their faces when he walks into the room.  As
the primary care giver of my young son I know the look on his face that says I am his everything.
I see this same look with M█ and C█, Tom's daughters, when they look at him.

It is important to me and my husband that we raise M█ as someone who gives back to others.
My husband and I are active in Junior Achievement and Habitat for Humanity.  Tom has given
back to others throughout his life and most recently through his local parish of St. Andrew's.
The Hardin's garage is often full of clothes and toys that they help collect for children in
Appalachia.  Tom has also led his family's efforts to raise several thousands of dollars for the
Leukemia and Lymphoma Society in honor of his father-in-law.  This is very important to me
because I also lost my father to cancer.  Seeing all the money that he has raised to help fight
cancer is an inspiration.

If something were to happen to me and my husband, Tom is someone we would like to raise M█. That is obviously a decision I don't take lightly and would not give to just anyone. I met Tom through his wife but he has made such a positive impact in my life that I couldn't imagine him not being a part of M█'s life.

Thank you again for your time.

Regards,

*Courtney Stimpson*

Courtney Stimpson

█████████

Cape Elizabeth, ME 04107

█████████

February 24, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain

Thank you for taking the time to read my letter on behalf of Tom Hardin. My name is Shaun Stimpson. I've worked in financial services for the past thirteen years; most of that time as a financial advisor, and the last four years as a manager of financial advisors.

I met Tom in 2006 when I first began dating my wife Courtney, who is a long-time, childhood friend of Tom's wife Sue. Sue and Courtney's families are very close, and Tom and I have spent many holidays, milestones, and vacations together over the past seven years. Tom and I bonded from the moment I met him, and I would definitely call him a close friend.

More importantly, Tom is the Godfather of my 15 month old son M█. Picking our son's Godfather was one of the easiest decisions I've ever made, as there was no doubt in my mind that Tom was the right choice. Tom has an incredible relationship with his daughters M█ and C█, and after seeing what an amazing father he was, it was a very easy choice to make him M█s godfather. My wife and I have been very open with Tom and Sue that if something were to ever happen to us, we want them to raise our son M█, as I couldn't think of a more loving home for our son to grow up in and better guardians than Tom and Sue.

Another reason Tom was an easy choice as M█'s Godfather was it is important to me that we raise our son as someone who gives back to others, and that's a quality I've in Tom. My wife and I have made it a priority to give back to others and give back to those that have helped us in life. I've respected Tom for leading his family's efforts to raise several thousand dollars for the Leukemia and Lymphoma Society in honor of his father-in-law. I lost my father at a young age, and Tom's efforts to fight cancer are truly inspiring, and it's great to see him honor the life of a great man, his father-in-law Bob, with his annual participation in the "Light the Night Walk."

Tom has been very open and honest with us about this mistake. We have talked very candidly with him about it, and he is always willing to answer our questions and provide us updates on his situation.

Thank you again for your time, and if you have any questions, please do not hesitate to reach out to me.

Best Regards,



Shaun P. Stimpson
█████████
Cape Elizabeth, ME 04107
████████ – Mobile
████████ – Office

February 14, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

My name is Alicia Syrett, and I am the Founder & CEO of Pantegrion Capital LLC, a company
which invests in small businesses, mostly in the New York area. I am the former CAO of a multi-
billion dollar private equity company and held a similar position at one of the largest hedge funds in
the world. I would like to write this letter on Tom Hardin's behalf, and I thank you in advance for
your consideration.

I have been friends with Tom Hardin for over 15 years, since our junior year at the Wharton School
of the University of Pennsylvania. We first met as fellow interns in an investment banking program
at Donaldson, Lufkin & Jenrette (DLJ) in Los Angeles. We also worked alongside each other at
Blair Asset Management.

I took a liking to Tom right away when we first met. We were both from the South – he's from
Georgia and I'm from South Carolina – so I immediately felt comfortable around him. At DLJ, Tom
gained a reputation for being one of the smartest analysts in the class. He was efficient and loved the
research aspect of the job. I really respected him, and I wish that I loved reading 10K's and 10Q's on
the weekends as much as he did! Everyone in the office loved his humor and wanted him at all the
events. When I was recruited to Blair, a hedge fund in Connecticut, I quickly recommended that they
recruit Tom too as there was no one in our class that I felt more strongly about in terms of
capabilities and cultural fit.

When I left Blair to move to the City and take a new job, Tom helped me move all my belongings in
a giant UHaul. When I needed a place to stay in between leases, Tom offered me his place. Tom is
the type of person who will be there for you and do anything you ask him to do.

I also met Tom's family when we worked together. His father and mother are truly "salt of the
earth." His father worked at Coca Cola and his mother worked at Talbot's – very much a "main
street America" upbringing. His father once joked to me in his southern accent, "I don't know where
Tom gets his smarts from!" They are loving people who care about their children very much. I also
know Tom's brother, Jim, who is an incredibly smart and very principled family man.

Tom and I have stayed friends over the years. I attended his wedding and was so happy for him
when he married Sue (who is a wonderfully sweet, intelligent, and talented woman) and subsequently
had children. He converted to Catholicism for Sue, and I understand the Church has become a core
part of his life to which he is deeply committed. He has become a wonderful father (there is a

silliness to Tom which I'm sure his daughters adore!), and I understand that he has become an outstanding volunteer in the charitable activities of his Church community.

I have to say that I was incredibly shocked when I heard that Tom was involved in the Galleon trading scandal – absolutely shocked. It was never something I could have fathomed that he'd be involved in, and I was in denial when I first heard the news. I convinced myself it must have been another "Tom Hardin." I could only think that he must have been caught up by "making it in the big city" and using very poor judgment (to say the least!).

I have spoken to Tom since the news became public, and I know that he is deeply sorry for what he has done and has accepted full responsibility for his actions. I want to stress that – despite his wrongdoing – I told Tom that I am his friend and I will always be his friend. Tom is such a great person that nothing like this could make me abandon the friendship. He has been there for me when I needed him, and I intend to do the same.

I want to stress that Tom is a phenomenal man – genuine, caring, hard working and dependable. I have never known anyone to dislike Tom. I hope that we will be friends for years to come, and I hope to stay in touch with him as his children grow. I look forward to hearing all the funny stories that he and Sue share with me about their daughters and their time together.

I hope that this letter in some way depicts the type of person Tom really is. If I can share any additional information in support of Tom, please do not hesitate to contact me. My number is ▮▮▮▮. I thank you again for your consideration.

Respectfully,
Alicia L. Syrett

Founder & CEO
Pantegrion Capital LLC

Date:  March 31, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Thomas Hardin 10-CR-399 (LTS)</u>

Dear Judge Swain,

I am writing this as a character reference for Tom Hardin, with the specific intent and
hope that leniency will be shown in his upcoming sentencing.  I am currently a Partner at
Silverpeak Real Estate Partners, a real estate investment firm with over $12 billion of
assets under management.  I have known Tom for approximately 8 years, as I have
worked closely with his wife Susan, both while we were on the same investment team at
Lehman Brothers, and since then with different companies but working on deals together.
Susan is one of my closest colleagues and I have spent significant time with Tom and
Susan over the years.  I have also met their beautiful girls, M█████ and C█████, on several
occasions.

I certainly acknowledge that Tom has made a huge mistake, but honestly, the Tom I have
known over the years is a kind and honest person who puts his family above all other
priorities.  Working with Susan, I often hear of their "date nights," family Academy
Award pools, family involvement in charity events, in-depth planning and documenting
of family trips, and the mundane task of Tom taking the girls to all of their doctor
appointments.  It really is a sincere demonstration of Tom's love for Susan and his
family.  I have also been on a road trip to the ACC basketball tournament with Tom and
some of his extended family, and it is clear to me through their interaction, the
importance Tom places on family.  I also know that Tom was a "rock" of support to
Susan when her father sadly passed away three years ago.

I truly admire the way Tom has handled the consequences of his mistakes.  He has NOT
blamed others and skirted responsibility.  He has admitted his guilt, and has worked
really hard to 1) better himself and 2) be a great father and husband.  I admire his actions
because I am sure that when one part of your world is collapsing (even though due to
your own actions), it must be easy to fall into depression and self-pity.  Tom did not.  I
know that with Susan's hectic work schedule including some out-of-town travel, the
primary responsibility of raising M█████ and C█████ has been on Tom's shoulders and he is
doing a wonderful job.  They are two of the most beautiful girls and I know Susan, while
missing her girls while at work or traveling, does not worry at all when they are in Tom's
hands.  I know that Tom has also done a lot to better himself personally these past few
years.  He has been doing a great deal of volunteer work at St. Andrew's Church, he has
fundraised in the memory of Susan's father Robert for the Leukemia and Lymphoma
Society, and he has worked hard to get in shape physically, mostly with distance running
and often with Susan or pushing the stroller with the girls.  In fact, as a fellow marathon

runner, I was very impressed that Tom chose the Bataan Memorial Death March in New Mexico last month as his first marathon.  Why?  Tom wanted to honor his 95 year-old grandfather who was part of the horrific Bataan Death March and who actually walked 8.5 miles of the marathon course.

Simply, I think Tom is a very caring person with a big heart.  He knows what it means to be supportive, kind, thoughtful and a good friend.  I have not asked for much from Tom, but whenever I do, he supports me and my family without hesitation.  Several examples: when I ran my first half marathon in Boston, Tom was in Boston with Susan and M▮▮▮ visiting friends – he made a point of bringing everyone including his friends to the course and cheering me on; whenever my actor son R▮▮▮▮ has an important high school show, Tom and Susan always drive from New Jersey to Connecticut and show their support; whenever I do something for Tom and Susan, Tom always sends me a nice, personal thank you note and despite my objections, sometimes a very nice thoughtful gift (bottle of my favorite wine, personalized beach towel, etc.).  There are many other examples too that while small add up to something bigger.  Tom is a dedicated, caring friend who is repeatedly there for support, and someone you can count on.

In closing, I would like to reiterate my hope for leniency in Tom's sentencing.  Tom is a wonderful person who made a big mistake, but I sincerely believe that Tom is a kind and compassionate human being.  I admire Tom for both his strong family values as well as the strong character he has displayed over the past 3 years, and I hope you will give this every consideration possible.

Sincerely,


Chris Westfahl
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Stamford, CT 06903

█████████

River Vale, NJ 07675

March 18, 2013

Honorable Laura Taylor Swain

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

Ref: United States v Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

I am an attorney licensed to practice law in NJ, DC and FL. I currently work on civil matters in the State of New Jersey, but I have extensive experience in criminal matters. I am a former New Jersey State Trooper, and a former Assistant County Prosecutor. In the state police, I worked in the Narcotics Unit, where I capitalized upon being a Latino and worked in an under-cover capacity. I also worked in the Special Investigations Unit and had the benefit of being involved with various other units, which allowed me to gain experience in organized criminal enterprises. Upon graduation from law school, I served as an Assistant Prosecutor in Hudson County (1986-1990), where I handled felony cases and prosecuted defendants before juries. I obtained my Criminal Trial Attorney Certification in 1992 while in private practice and defended clients in many felony cases. I say all of this, as an introduction of who I am.

I have been married for almost 33 years and I have two daughters. I am concerned about the community and the future of our society. I am active in my church and the community. I am a member of the "Cornerstone", a Roman Catholic organization of men who practice our religion and try to make the world a better place. I have come to know Thomas Hardin as a member of the Cornerstone group and I have become familiar with his wife and children.

I have seen Thomas perform many acts of kindness that have brought benefits to those in need. He has been serving as a volunteer at many events sponsored by the church and has taken on many duties, that have resulted in bringing relief to those in need. His services have brought smiles to many people's faces and it has made a difference in their lives. He has helped to load trucks with toys that are being delivered to poor children. He has helped to feed those who are unable to feed themselves. He has engaged in activity that has helped others. Thomas has served as a role model for all of us, who are interested in making the world a better place.

Thomas has informed me of the fact that he has entered his plea and that he must now face his punishment before the court. I believe that he will serve whatever is given and that he will serve a role model to others and set the example for others to follow. The fact that he has come to terms with what he has done and the fact that he has cooperated to the best of is ability, should serve to convince everyone that he is sorry for this error and that he seeks to rectify matters as much as possible.

As an attorney, with a background in criminal matters and a person who was raised in an urban setting, where crime is pervasive, I believe that I can judge people and somewhat predict their future. It is my humble opinion, that Thomas Hardin will not be seen again inside your courtroom as a defendant and that he will not ever commit a crime again. I believe that he is determined to "do the right thing" and be the father and husband he really is.

If you or anyone has any questions, I am available at any time by cell ⬛⬛⬛⬛⬛. If the investigator assigned to conduct the presentence report, wants to confirm or verify my background information, he can easily confirm my licenses in NJ, DC and FL. If he calls the New Jersey State Police and provides the spelling of my name and badge number ⬛, he can confirm my service record.

I thank you for your time and your patience.

George L. Cáceres, Esq.

██████████████
River Vale, NJ 07675
Nov 11, 2011

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:  United States v. Thomas Hardin 10-CR-399 (LTS)

Honorable Judge Swain:

        Kindly allow me to introduce myself as, Albert F. Chestone, Retired FBI
Agent, having served in the New York City FBI Office for over twenty-five years.  I am
a friend of Tom Hardin, whom I have known for over three years, as we are both
parishioners at St. Andrews church in Westwood, New Jersey.  One of the most striking
things about Tom that continues to touch me personally, is his involvement in church
functions, his loving attention to his wife, and adoring fondness of his beautiful child,
M██████  He is indeed an exemplary husband, a model father, and a religious individual.

        Being members of the same church, I am totally aware of Tom's
involvement with church activities.  For example, as a member of the Human Concerns
Committee, Tom volunteers every Monday evening to help sort thousands  of pounds of
clothes which he then boxes and loads on a truck destined for those in need.  Further,
for the past two years Tom has made available his garage to store several hundred pounds
of toys for disbursement to the needy just prior to Christmastime.

        On November 4th and 5th of this year, Tom and I together with
approximately 40 other men, made what we call a Cornerstone Retreat.  The Retreat is a
26-hour overnight stay, offered by men, for men, with the intent to reflect, renew and
strengthen each man's spirituality and to strengthen their connection with the church
community. Tom, was one of six men who volunteered to give a witness talk to all those
present. He began his talk by telling us about his life as a young boy and his nurturing
parents. He mentioned his schooling and his determination to make a meaningful
contribution to his country, and told us about his beautiful wife, Susan, his daughter
M██████ and the fact that his wife will soon be giving birth to their second child.

As he continued to hold our interest, he suddenly and with noticeable sadness, revealed to us his regrettable involvement in a criminal matter to which he had pled guilty. We sat motionless as he so courageously, but tearfully, told us what he had done, though quite obviously proud to reveal that he unhesitatingly expressed a willingness to cooperate with the federal authorities, which he has done and most anxious to continue to make himself available to the authorities upon their request.

It was most evident to all of us that Tom was deeply wounded by his unthinkable actions and the pain that it has caused him and his family. It was truly comforting to Tom to hear, as he concluded his talk, a thunderous standing ovation by men, who openly and unashamedly cried. Tom had spoken from his heart and his sorrow was reflected in his voice and demeanor. We as men felt his pain and we assured him by our love and actions that we were his Cornerstone upon which he could rebuild his life.

As a former agent of the FBI having dealt with countless number of individuals through-out my career, I can honestly say that I am convinced that Tom intensely regrets what he did, which was extremely uncharacteristic of him. Tom is a genuine individual for whom I have the greatest admiration and I am convinced that within the deep chambers of his heart, he desires to continue to serve his community, his church and most of all to continue to devote his time within the Lord's Vineyard.

Respectfully yours,

Albert F. Chestone



Investigative Services
Litigation Support
Risk Analysis
International Travel Services
Seminars

Honorable Laura Taylor Swain                    January 1, 2012
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

By way of introduction, my name is Ed Petersen and I am a retired FBI Agent of
more than 27 years. I am currently the Managing Partner of Buckley Petersen Global,
a Security Consulting Company. It is with a great sense of pride that I reflect upon my
career in law enforcement. Over the years, I had the opportunity to investigate a wide
range of criminal matters that led to prosecution and in many cases, trial. I have a great
respect for our judicial system and the important role of all involved.

I am writing this letter on behalf of Tom Hardin, whom I've had the pleasure of working
with in church related programs over the past two years. I have stood side by side with
Tom as we load trucks with clothing, appliances, furniture and toys for those in need as
part of the "Human Concerns Program" of St. Andrew's Catholic Church. I have
observed Tom's dedication to the Cornerstone Program, where members dedicate time
and service to others.

Through our mutual church related activities, I have had the opportunity to speak with
Tom about his criminal prosecution. Tom has acknowledged the mistake that he made
and has taken full responsibility for his actions. In my experience as an FBI Agent, I have
observed many individuals who talk about remorse and how sorry they are regarding
their criminal actions. Too often, their remorse is only in words, not deeds. In regard to
Tom Hardin that is not the case. I believe Tom is sincere in his efforts to ensure that he
never again will commit a criminal offense. He has dedicated so much of his time to
helping others, community service and to being a devoted family man. While I do not
want to minimize the seriousness of Tom's offense or offer any excuses on his behalf, it
is my belief that Tom, given the chance will be an even more productive citizen who is
worthy to represent the values of our democratic society.

It is with a sense of humility that I would ask your Honor to take into consideration at the
time of sentencing, the remorse Tom has shown for his crime and the good things that he
is doing with his life.

Respectfully,
Ed Petersen
Ed Petersen

████████████
Westwood, N.J. 07675

Dear Judge,

I am Robert Pontillo, a deacon serving at St. Andrew Catholic Church in Westwood, N.J.  Tom Hardin is a member of this parish and attends Mass with his family every Sunday.

I met Tom in April, 2010, when he attended the Men's Cornerstone Retreat weekend in our parish.  I am a team member, participating as one of the speakers.  The experience greatly moved Tom and in 2011, he was a witness speaker to about 30 new candidates.

In his talk, Tom addressed his crime and responsibility for it.  He spoke about this matter and his faith journey.  He recognized that his actions have to be addressed so that he can improve and live a better, honest life.

His life is much simpler now.  He is unemployed and as a "stay at home" dad, has been paying much more attention to the most important things in his life now—his family, especially his daughters C███ and M███

At our parish, Tom is volunteering his time and is very active in the Social Concerns Committee. He works at the "Clothes Closet", sorting, boxing and transporting clothing donations to wherever there is a need—victims of Hurricane Sandy, Graymoor rehab center and Appalachia. At Christmas he also helps with toys for children in need in our parish as well as Appalachia. Last summer, he co-organized a pancake breakfast to raise funds for the committee.

Tom is also helping to raise funds for the leukemia and lymphoma societies and Food for the Poor.  These activities have been a demonstration of the change his faith journey has made in his character, his values, and his behavior in the community.  His faith is helping him through these difficult times.  I am glad to call Tom a friend.

I hope that you will consider leniency in your sentencing of Tom Hardin.  Thank you.

Sincerely,

*Robert Pontillo*

Robert Pontillo,

April 15, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v Thomas Hardin 10-CR-399 (LTS)

Dear Judge Swain:

My name is Greg Ryan, I have been the project coordinator of the Human Concerns committee at St. Andrew's Catholic Church in Westwood, New Jersey for the past 35 years. Tom Hardin has been the co-project coordinator with me for the past five years. The Human Concerns committee was established to relieve poverty and suffering for families and individuals in need in the Pascack Valley area of Bergen County (eight towns with a combined total population of 70,000). Over the years, our mandate has expanded to help with humanitarian relief efforts in other poverty-devastated or disaster-recovery areas of the country. We have been able to help and offer assistance to the darkest and most desolate regions of the world.

As you can only imagine, this mission, this work, this volunteerism, can only happen with dedicated people—enter Tom Hardin. This unique individual has taken upon himself a mission to help others have better lives for their families. I can only try to explain in this letter the hundreds of hours he has spent away from his wife and children to give back to people whom he will never know or meet in his lifetime. That is true humanitarianism. I can only try to remember some of the efforts we have undertaken together over the past five years because the need and requests for our help never stop. I will try to shed some life on Tom's contributions to our committee, to help you understand the measure of the man in front of you:

1) Co-Project coordinator of our daily on-going relief effort for the Pascack Valley area of Northern New Jersey consisting of food and clothing to the needy (we move approximately **250 tons** of clothes per year);
2) Manager of relief for local fire victims;
3) Manager of logistics for pick-up and distribution of relief efforts;
4) Co-chair of Appalachian relief consisting of food and clothes;
5) Co-chair of annual Christmas toy drive for Appalachian children. This effort only happens with Tom's and others help who donate their home garages and basements throughout the year so we can hold the toys we collect until December;
6) Chairman of Sandy relief effort – coordinator of winter clothes collection and distribution;
7) Manning the overnight center for those affected by Hurricane Sandy in our town last fall;

8) Chairman of major fundraiser in 2012 to raise money for purchase of supplies for our clothing relief efforts;

9) Co-manager of relief effort to distribute supplies to orphanages in Croatia;

10) Co-manager to our ongoing relief efforts to Haiti, consisting of food and clothing, collecting supplies and coordinating shipping to the earthquake victims;

11) Co-coordinator of Ramapo College's Spring Dump-n-Run (during move-out, students donate reusable/recycled or unwanted items).

I can't believe a man like Tom Hardin will soon be in a courthouse awaiting sentencing for a crime. But that is the unfortunate reality and Tom has always been frank with me when discussing his crime, what he learned from it and how he has since changed his priorities for the better and moved forward with his life. I believe a man should be judged by the content of his character and by the way he lives his life. I think Tom has learned from his mistakes and has made it a point to positively impact the lives of so many people he will never meet.

I hope this letter serves as a look into Tom's character and life. He's a man who opens up his home to hold toys for children who don't have what other children have, even if it's for only one day or a year. He's re-dedicated his life to doing the right thing and is constantly helping those less fortunate. I ask the court for leniency at Tom's sentencing. It would be a discredit to stop his progress in benefitting all of those that he helps. I believe his life is best left to being a testament to what doing the right thing is about and that he'll continue to be a role model to us all.

Respectfully,

Greg Ryan

Mahwah, NJ 07430